UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASAWRI JAALI ELLIS,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | 1:22-cv-00732-HBK (PC)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY STANISLAUS COUNTY PUBLIC SAFTEY CENTER |

Plaintiff Tasawri Jaali Ellis, a county prisoner, initiated this action on June 16, 2022, by filing a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* on the Complaint and submitted a Certification from prison officials in support. (Doc. No. 2). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the statutory filing fees as set forth in 28 U.S.C. § 1915. **Plaintiff is obligated to make an initial payment of $14.00[1] (20% of current balance in inmate account).** *Id*.**, § 1915(b)(1)(B).** Thereafter, Plaintiff is required to make monthly payments of 20% of the preceding month's income credited to her trust account. The Stanislaus County Public Safety Center is required to send the initial $14.00 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in his

---

[1] According to the Certification, Plaintiff's average monthly balance in his inmate trust account is approximately $70.00. (Doc. No. 2 at 2).

1

account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.
2. **The Sheriff of Stanislaus County or other supervisory official of the Stanislaus County Public Safety Center, or appropriate designee, shall forward an initial payment of $14.00 to the Clerk of the Court from Plaintiff's jail trust account in accordance with 28 U.S.C. § 1915(b)(1)(A) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C.  § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**  The payments shall be clearly identified by the name and number assigned to this action.
3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Sheriff or other supervisory official of the Stanislaus County Public Safety Center, via the court's electronic case filing system (CM/ECF).
4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California.

Dated:     June 20, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE