# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASAWRI JAALI ELLIS,<br><br>    Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY SHERIFF DEPARTMENT, ET. AL.,<br><br>    Defendants. | Case No. 1:22-cv-0732 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 6) |

The assigned magistrate judge determined Plaintiff failed to state a cognizable claim in his complaint and directed Plaintiff to file an amended complaint, notify the Court if he wished to stand on the original complaint, or file a notice of voluntary dismissal. (Doc. 5 at 5-6.) The screening order also warned Plaintiff that if he failed to respond, the magistrate judge would recommend dismissal. (*Id.* at 6.)

After Plaintiff failed to take any action or otherwise respond to the Court, the magistrate judge found Plaintiff failed to prosecute the action and failed to comply with the Court's order. Therefore, the magistrate judge recommended the matter be dismissed. (Doc. 6.) The Court served the Findings and Recommendations and notified him that any objections were due in 14 days. (*Id.* at 1, 4.) To date, Plaintiff has not filed any objections and the time to do so has expired. (*See* Docket.)

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case.

1

Having carefully reviewed the entire file, the Court concludes the magistrate judge's Findings and Recommendations are supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 5, 2022 (Doc. 6) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 13, 2022**

UNITED STATES DISTRICT JUDGE